## KUDER v. MARY.

(Supreme Court, Appellate Term, First Department. November 3, 1915.)

COURTS ☞189—MUNICIPAL COURTS—GRANT OF NEW TRIAL—CASE STATED.

An order of the New York Municipal Court, granting new trial on the ground of newly discovered evidence upon affidavits without a case settled, must be reversed.

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 409, 412, 413, 429, 458; Dec. Dig. ☞189.]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by John H. Kuder against Arthur Mary. From an order granting defendant a new trial on the ground of newly discovered evidence, plaintiff appeals. Order reversed, and judgment reinstated.

Argued October term, 1915, before BIJUR, PAGE, and SHEARN, JJ.

Isaac Hyman, of New York City, for appellant.

John F. Harrington, of New York City, for respondent.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

BIJUR, J. As the order appealed from was granted upon affidavits without a case settled, it is reversed, with $10 costs, upon the authority of Rubin v. Friedman, 69 Misc. Rep. 328, 125 N. Y. Supp. 546, and Altmark v. Haimowitz, 55 Misc. Rep. 195, 105 N. Y. Supp. 205, and judgment reinstated. All concur.